DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ERIC HOLLIS,

Appellant,

v.

DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
and JAMES IVAN STATEN, JR.,

Appellees.

No. 2D23-1489

_____

March 15, 2024

Appeal from the Department of Business and Professional Regulation.

Eric Hollis, pro se.

Ashley Moody, Attorney General, Marlene K. Stern, Senior Assistant
Attorney General, and Ronald Jones, Assistant Attorney General,
Tallahassee, for Appellee Department of Business and Professional
Regulation.

No appearance for Appellee James Ivan Staten, Jr.


PER CURIAM.

Affirmed. *See* Fla. R. App. P. 9.315(a).

MORRIS, BLACK, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.